# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-278
_____

CHARLIE MAE SMITH,

Appellant,

v.

PEACHTREE CASUALTY
INSURANCE COMPANY,

Appellee.

_____


On appeal from the County Court for Duval County.
Scott Mitchell, Judge.

September 28, 2021


PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas Martino, Jacksonville, for Appellant.

Dorothy Venable DiFiore and Kimberly J. Lopater, Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee.